**HLADIK, ONORATO & FEDERMAN, LLP**
Stephen M. Hladik, Esquire #047471992
Eric J. Phillips, Esquire #041902001
298 Wissahickon Ave.
North Wales, PA 19454
215-855-9521
*Attorneys for Defendants Federal National*
*Mortgage Association and Seterus, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASA PARIS | : Civil Action No. 1:17- CV-00510-JHR-AMD |
| | : |
| v. | : **DEFENDANT SETERUS, INC** |
| | : **CORPORATE DISCLOSURE** |
| | : **STATEMENT** |
| FEDERAL NATIONAL MORTGAGE | : |
| ASSOCIATION, and | : |
| BANK OF AMERICA NA, and | : |
| SETERUS INC. | : |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Seterus, Inc. by counsel of record, hereby states as follows:

Defendant Seterus, Inc. is a wholly owned subsidiary of Pixel Acquisition Corp. that, is in turn, wholly owned by International Business Machines Corporation.

                                          **HLADIK, ONORATO & FEDERMAN, LLP**

                                          *Attorneys for Seterus, Inc.*

                                          By: */s/ Eric J. Phillips*
                                              Eric J. Phillips, Esquire
                                              ephillips@hoflawgroup.com

Dated:  February 28, 2017

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ASA PARIS<br>    Plaintiff | : | CIVIL ACTION NO. |
| | : | |
| | : | No. 1:17-CV-00510-JHR-AMD |
| Vs. | : | |
| | : | |
| FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION, et al<br>    Defendants | : | |

**CERTIFICATE OF SERVICE**

Eric J. Phillips, Esquire, hereby certifies that on the date set forth below, he served a true and correct copy of the within *Defendant, Seterus, Inc.'s, Corporate Disclosure Statement*, via first class mail, postage prepaid, upon:

Jason R. Lipkin, Esquire
Winston & Strawn, LLP
200 Park Avenue
New York, NY  10166

Thomas Masciocchi, Esquire
Keaveney Legal Group
1101 N. Kings Highway, Suite G100
Cherry Hill, NJ  08034

HLADIK, ONORATO & FEDERMAN, LLP

*Attorneys for Seterus, Inc.*

Date:  February 28, 2017         By:  ___/s/ Eric J. Phillips_____
                                                        Eric J. Phillips, Esquire
                                                      Attorney for Defendant, Seterus, Inc.